**Name:**

**SUSAN LLOYD**

**Email Address:**

**DOMINO7575@YAHOO.COM**

**Phone Number**

**2133219999**

**Are you filing a new case?**

**Yes, I'm filing a new case.**

**Case Caption**

**NEW CASE**

**Case Number**

**NEW CASE**

**Description of Document(s)**

**COMPLAINT**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**142 EMERALD TAYLOR WAY APT 103**

**City:**

**FLETCHER**

**State:**

**NC**

**Zip Code:**

**28732**

**Terms of Submission**

**Yes**

Show empty values